**Order filed, March 8, 2018.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-00146-CV
_____

### TEXAS SOUTHERN UNIVERSITY, Appellant

### V.

### SATTERFIELD & PONTIKES CONSTRUCTION, INC.; KIRKSEY ARCHITECTS, INC.; PARADIGM CONSULTANTS, INC.; NATHELYNE KENNEDY & ASSOCIATES, L.P. F/K/A NATHELYNE KENNEDY & ASSOCIATES L.P.; AND HAYNES WHALEY ASSOCIATES INC. STRUCTURAL ENGINEERING, Appellee

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2017-50516**

## ORDER

The reporter's record in this case was due March 5, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official court reporter of the 80th District Court to file the record in this appeal **within 20 days** of the date of this order.

PER CURIAM